| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1129 3:22-cr-00037-1 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 8:24-cr-147-VMC-NHA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Victor Laron Brown 4617 East 24th Avenue Tampa, FL 33605 | Northern | Pensacola |

| NAME OF SENTENCING JUDGE |
|---|
| T. Kent Wetherell II, United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/08/2024 | 03/07/2027 |

**OFFENSE**

Count One: 18 USC 472 Conspiracy to Defraud the United States
Count Two:- Twenty: 18 USC 472 and 2 Uttering Counterfeit Currency

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Brown has been residing in Middle District of Florida since his release and no intentions of returning to Northern District of Florida.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Florida _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Middle District of Florida _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 4/1/24 _____
*Date*

_____ T. /hv W/hv _____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Middle _____ DISTRICT OF _____ Florida _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ 4/24/2024 _____
*Effective Date*

_____ Virginia M. Hernandez Covington _____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

1